**IT IS ORDERED as set forth below:**



**Date: November 13, 2015**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER:  15-42359-MGD |
| ROSA CAROLYN WEST, | |
| Debtor(s)/Movant(s), | CHAPTER 13 |
| v. | JUDGE DIEHL |
| HIGHLAND FALLS PROPERTY OWNERS ASSOCIATION, INC., | CONTESTED MATTER |
| Respondent. | |

**O R D E R**

Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 11).  This Respondent has not filed a response; thus, the Motion is deemed to be unopposed.  *See* BLR 6008-2, N.D. Ga.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant(s) is **AVOIDED** to the extent that such lien impairs an exemption to which Movant(s) would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Rosa Carolyn West
15 Highland Falls Drive
Hiram, GA 30141

Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Highland Falls Property Owners Association, Inc.
c/o Daniel E. Melchi
Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, GA 30005

Highland Falls Property Owners
Association, Inc.
Backyard Realty Group
Registered Agent
8295 Highway 92
Woodstock, GA 30189

Highland Falls Property Owners
Association, Inc.
Zack Beavers, CEO
8295 Highway 92
Woodstock, GA 30189

Case 15-42359-mgd    Doc 18    Filed 11/13/15    Entered 11/13/15 14:04:54    Desc Main
Document      Page 3 of 3